UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EMILY LEMOND, Individually and Derivatively on Behalf of NEW YORK COMMUNITY BANCORP, INC., a Delaware Corporation,

                           Plaintiff,

v.

MICHAEL F. MANZULLI, DOMINICK CIAMPA, THOMAS A. DOHERTY, JOSEPH R. FICALORA, MAX L. KUPFERBERG, JOSEPH L. MANCINO, JOHN M. TSIMBINOS, DONALD M. BLAKE, MAUREEN E. CLANCY, ROBERT S. FARRELL, WILLIAM C. FREDERICK, MICHAEL J. LEVINE, GUY V. MOLINARI, JOHN A. PILESKI, JAMES J. O'DONOVAN and SPIROS J. VOUTSINAS,

                           Defendants,

and

NEW YORK COMMUNITY BANCORP, INC., a Delaware Corporation,

                           Nominal Defendant.
------------------------------------------------------------X

JUDGMENT
05-CV-2222 (ILG)

A Memorandum and Order of Honorable I. Leo Glasser, United States District Judge, having been filed on February 9, 2009, granting the defendant's motion to dismiss the Complaint pursuant to Rule 12(b)(6) for failure of plaintiff to state a claim upon which relief may be granted; it is,

ORDERED and ADJUDGED that the defendant's motion is granted.

Dated: Brooklyn, New York
         February 10, 2009

ROBERT C. HEINEMANN
Clerk of Court

By /s/
   Chief Deputy